JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BRAINGUARD TECHNOLOGIES, INC.,

Plaintiff,

v.

VISTA OUTDOOR INC.; VISTA OUTDOOR OPERATIONS LLC; REVELYST SALES LLC, and STRATEGIC VALUE PARTNERS, LLC,

Defendants.

Case No. 8:24-cv-02652-JWH-ADSx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 89] entered on or about July 13, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

3. The motion of Folio Law Group to Withdraw as Attorney for Plaintiff [ECF No. 90] is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: August 14, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE